UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-CV-294-GCM

| | |
|---|---|
| **SPECIAL SERVICE FREIGHT COMPANY OF THE CAROLINAS, INC.,** Plaintiff, v. **ANYWARE LLC d/b/a ANYWARE EXPRESS, a SOUTH CAROLINA CORPORATION and ACCELERATE, INC., a DELAWARE CORPORATION,** Defendant. | **ORDER GRANTING ADMISSION** *PRO HAC VICE* |

**THIS MATTER** is before the Court upon the motion of Defendant Anyware to allow **John C. McElwaine** to appear *Pro Hac Vice*, dated August 20, 2008 [doc # 25].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. McElwaine has paid the fee of Two Hundred and Fifty Dollars ($250.00) to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: August 20, 2008

Graham C. Mullen
United States District Judge