IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08CV294

| | |
|---|---|
| SPECIAL SERVICE FREIGHT COMPANY )<br>OF THE CAROLINAS, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ANYWARE LLC d/b/a ANYWARE EXPRESS )<br>a South Carolina Corp. And ACCELERATE, INC., )<br>a Delaware Corp., )<br>)<br>Defendants. )<br>_____ ) | ORDER |

This matter is before the court upon request of attorney Monroe Whitesides to reschedule the hearing on the Plaintiff's Motion for Preliminary Injunction, currently scheduled for Wednesday, October 1, 2008, as he is in trial in state court. The court will continue this hearing and reschedule it for a later date.

IT IS SO ORDERED.

Signed: September 29, 2008

Graham C. Mullen
United States District Judge