**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:08-CV-294-GCM**

| | | |
|---|---|---|
| SPECIAL SERVICE FREIGHT COMPANY OF THE CAROLINAS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| ANYWARE, LLC, *et al,* | ) ) ) | |
| Defendants. | ) ) | |

       **THIS MATTER IS BEFORE THE COURT** on its own motion. The Plaintiff filed a large notebook of exhibits pursuant to the Courts instructions. The Court last week called the defense to inquire whether defendants intended to respond to that filing. In compliance with the Court's request, the defendants have corresponded with the Court, and counsel for the Plaintiff, indicating their intent to do so and requesting 14 days to do so.

       The Court grants said request and directs that all such objections/responses be filed no later than **December 2, 2008.**

       IT IS SO ORDERED.

Signed: November 24, 2008

Graham C. Mullen
United States District Judge