IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08CV294

| | |
|---|---|
| SPECIAL SERVICE FREIGHT COMPANY )<br>OF THE CAROLINAS, INC., )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>ANYWARE LLC d/b/a ANYWARE EXPRESS )<br>a South Carolina Corporation and ACCELERATE, )<br>INC., a Delaware Corporation, )<br>)<br>    Defendants. )<br>_____) | ORDER |

This matter is before the court upon Plaintiff's Motion for Preliminary Injunction. A hearing was held on this motion on February 5, 2009. For the reasons stated in open court,

IT IS THEREFORE ORDERED that Plaintiff's Motion for a Preliminary Injunction is hereby DENIED.

Signed: February 5, 2009

Graham C. Mullen
United States District Judge